UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

-vs-                                                                 Case No. 3-:04-cr-132
                                                                     Also 3:09-cv-373
                                                                     Judge Thomas M. Rose

ASMED ESCARENO

---

**ENTRY AND ORDER OVERRULING ESCARENO'S OBJECTIONS (Doc. #286) TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS REGARDING ESCARENO'S MOTION TO VACATE; ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (doc. #283) IN ITS ENTIRETY; OVERRULING ESCARENO'S MOTION TO VACATE; DENYING LEAVE TO APPEAL *IN FORMA PAUPERIS* AND ANY REQUESTED CERTIFICATE OF APPEALABILITY AND TERMINATING THE CIVIL CASE**

---

Now before the Court is a Motion To Vacate filed by Asmed Escareno ("Escareno") pursuant to 28 U.S.C. § 2255. The time has run and the Government has not responded to Escareno's Objections. This matter is, therefore, ripe for decision.

The Magistrate Judge finds that Escareno has waived his right to file a § 2255 motion and that all of his claims are without merit. The Magistrate Judge recommends that Escareno's Motion To Vacate be overruled, that Escareno be denied leave to appeal *in forma pauperis* and that any requested certificate of appealability should be denied.

As required by 28 U.S.C. §636(b) and Federal Rules of Civil Procedure Rule 72(b), the District Judge has made a de novo review of the record in this case. Upon said review, the Court finds that Escareno's Objections to the Magistrate Judge's Report and Recommendations regarding Escareno's Motion To Vacate are not well-taken, and they are hereby OVERRULED. Further, the Report and Recommendations is adopted in its entirety.

Escareno's Motion To Vacate is OVERRULED. Further, Escareno is denied leave to appeal *in forma pauperis* and any requested certificate of appealability.

**DONE** and **ORDERED** in Dayton, Ohio on this Tenth Day of February, 2011.

**s/Thomas M. Rose**

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Attorney
Asmed Escareno at his last known address of record